IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CUMMINGS LAND & PROPERTIES, LTD., | § § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 4:16-CV-00601-A |
| NORTHFIELD INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Cummings Land & Properties, Ltd. ("Plaintiff") and Defendant Northfield Insurance Company ("Defendant") have resolved and settled all claims and issues between them. Accordingly, Plaintiff and Defendant file this Stipulation of Dismissal with Prejudice under Rule 41(a)(1)(A)(ii) and respectfully stipulate to the dismissal of all claims, actions, or causes of action asserted in the above-styled case *with prejudice* to refiling of same or any part thereof, with all costs of suit to be taxed against the party incurring same.

Respectfully submitted,

_____
William C. Harris
Texas Bar No. 24085859
charris@merlinlawgroup.com
MERLIN LAW GROUP, PA
515 Post Oak Blvd., Suite 750
Houston, Texas 77027
Telephone: (713) 626-8880
Facsimile: (713) 626-8881

-and-

William D. Taylor
Texas Bar No. 24046954
wtaylor@taylorandtaylorlaw.com
TAYLOR & TAYLOR LAW, P.C.
4115 Highgrove Dr.
Arlington, Texas 76001
Telephone: (817) 483-8388
Facsimile: (817) 483-8390

*Attorneys for Plaintiff*


-and-


_____
James W. Holbrook, III
Texas Bar No. 24032426
jholbrook@zelle.com
Jennifer L. Gibbs
Texas Bar No. 24050656
jgibbs@zelle.com
ZELLE LLP
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that, on August ___, 2017, I filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court for electronically filing via the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case as follows:

James W. Holbrook, III
jholbrook@zelle.com
Jennifer L. Gibbs
jgibbs@zelle.com
ZELLE LLP
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994
***Attorneys for Defendant***

                                                           _____
                                                           William D. Taylor